UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 06 2007

JAMES W. McCORMICK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs. ) | No. 4:07CR00086 JMM |
| ) | |
| VICTOR LAMONT CUMMINGS ) | |
| a/k/a Victor Newman, et al. ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its counsel, Tim Griffin, United States Attorney for the Eastern District of Arkansas, and Patrick Harris, Assistant United States Attorney, moves this Court to unseal the indictment on the above case.

Respectfully submitted,

TIM GRIFFIN
United States Attorney

By: _____
PATRICK C. HARRIS
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600